```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 55557
    TIMOTHY A CLARK
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-5044


--------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/14/05 and confirmed on 01/19/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  33600.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ABN AMRO MORTGAGE GROUP | CURRENT MORTG | .00 | .00 | .00 |
| PRAIRIE BANK & TRUST COM | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2309.33 | .00 | 296.53 |
| DAIMLER CHRYSLER FINANCI | SECURED | 15000.00 | 1857.48 | 15000.00 |
| ADT SECURITY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 4816.80 | .00 | 618.50 |
| BECKET & LEE LLP | UNSECURED | 27324.52 | .00 | 3508.60 |
| ANNIE CLARK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4739.30 | .00 | 608.55 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15570.19 | .00 | 1999.29 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7304.93 | .00 | 937.99 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15364.49 | .00 | 1972.88 |
| DISCOVER BANK | UNSECURED | 10826.26 | .00 | 1390.14 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 628.28 | .00 | 80.67 |
| WORLD FINANCIAL NETWORK | UNSECURED | 221.19 | .00 | 28.40 |
| MARSHALL FIELD | UNSECURED | 1233.75 | .00 | 158.42 |
| MICHELLE HANSEN | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 4231.32 | .00 | 543.32 |
| ILLINOIS STUDENT ASSIST | UNSECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO BANK | UNSECURED | 6633.18 | .00 | 851.73 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 2083.20 | .00 | 267.49 |

```
            Summary of disbursements:
--------------------------------------------------------------------------------
                SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      15000.00           .00      103286.74         .00      118286.74
PRINCIPAL PAID          15000.00           .00       13262.51         .00       28262.51
INTEREST PAID            1857.48           .00            .00         .00        1857.48
TOTAL PAID              16857.48           .00       13262.51         .00       30119.99
```

The Debtor's attorney, JOHN C RENZI                    , was allowed $   2700.00
and was paid $    600.00   direct and $   2100.00   through the plan.

The Trustee received $    1380.01 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 04/11/08                          /S/
                                              GLENN STEARNS
                                              CHAPTER 13 TRUSTEE